KAROLINE KROLL, Appellant, *v.* EDWARD WOOD, Respondent.

(Argued June 8, 1888; decided June 26, 1888.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 3, 1886, which affirmed a judgment in favor of defendant, entered by a verdict directed by the court.

*Edward P. Wilder* for appellant.

*Carlisle Norwood, Jr.*, for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

EBEN B. WAITE et al., Respondents, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued June 20, 1888; decided June 26, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made at the January Term, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

Decided upon the facts.

*C. D. Prescott* for appellant.

*Hadley Jones* for respondents.

FINCH, J., reads for affirmance.
All concur.
Judgment affirmed.